361 A.2d 756

COMMONWEALTH

v.

MATHIS, Appellant.

Submitted March 1, 1976. William F. Kaminski, Assistant Public Defender, and Blake E. Martin, Public Defender, for appellant; William C. Cramer, Jr., Assistant District Attorney, and John R. Walker, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.